NO. 07-03-0440-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

DECEMBER 2, 2003
_____

RONALD L. DUCOTE

Appellant

v.

THE STATE OF TEXAS

Appellee
_____

FROM THE 252nd DISTRICT COURT OF JEFFERSON COUNTY;

NO. 85628; HON. LARRY GIST, PRESIDING
_____

_____*Opinion Dismissing Appeal*
_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Ronald L. Ducote filed a notice of appeal on September 11, 2003. However, he did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated October 31, 2003, we informed appellant that "the filing fee of $125.00 has not been received" and the "fee is due to be filed no later than November 10, 2003." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990

S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd).  The deadline lapsed, and the fee was not received.

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).


Per Curiam